**No. 10-5936. Kelroy Williamson, Petitioner v. Maryland.**

562 U.S. 984, 131 S. Ct. 419, 178 L. Ed. 2d 327, 2010 U.S. LEXIS 8288.

October 18, 2010. Petition for writ of certiorari to the Court of Appeals of Maryland denied.

Same case below, 413 Md. 521, 993 A.2d 626.

**No. 10-5943. Angel Mercado, Petitioner v. Illinois.**

562 U.S. 984, 131 S. Ct. 419, 178 L. Ed. 2d 327, 2010 U.S. LEXIS 8252.

October 18, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 397 Ill. App. 3d 622, 336 Ill. Dec. 900, 921 N.E.2d 756.

**No. 10-5944. Terry McCline, Petitioner v. Christopher B. Epps, Commissioner, Mississippi Department of Corrections.**

562 U.S. 984, 131 S. Ct. 419, 178 L. Ed. 2d 327, 2010 U.S. LEXIS 8249.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-5948. Lisa Strickland, Petitioner v. Saint Luke's Health System.**

562 U.S. 984, 131 S. Ct. 419, 178 L. Ed. 2d 327, 2010 U.S. LEXIS 8280.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 377 Fed. Appx. 569.

**No. 10-5949. John Steven Spisak, Petitioner v. Nevada.**

562 U.S. 984, 131 S. Ct. 420, 178 L. Ed. 2d 327, 2010 U.S. LEXIS 8321,

October 18, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 758.

**No. 10-5953. Ricky Starks, Petitioner v. Texas.**

562 U.S. 984, 131 S. Ct. 420, 178 L. Ed. 2d 327, 2010 U.S. LEXIS 8281.

October 18, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 10-5958. Stephan Cochrane, Petitioner v. Debra Scutt, Warden.**

562 U.S. 984, 131 S. Ct. 420, 178 L. Ed. 2d 327, 2010 U.S. LEXIS 8192.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.